54,655-01

Date: 7/19/ 2015.

CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

RE: OBTAINING INFORAMATION TO THE COST OF
COPY TO MOTION TO AMEND AN ORIGINAL STATE
HABEAS CORPUS ACTION IN CAUSE NO. 54,655-01

DEAR CLERK!
I AM WRITING this letter in Regards to obtaining
the Cost of a Certain Legal Document(s) which was
Submitted to your office Some time between
January 2002 and March 2003. This Document was
A MOTION TO AMEND AN Original State Habeas Corpus
Action in the above Cause Number, Trial Court No.
B13766-0006. Could you please let me know what
the Cost would be in ORDER for me to obtain a Copy,
And I AM Also needing to know to whom should the
Money ORDER be payable to.
Enclosed please find a Self Addressed Stamped Envelope
for your office to use in your Response.

I will close thanking you for your attention and time
into this important matter and will await on your
Reply As soon As possible.

Sincerely
Ricardo Lopez
RICARDO LOPEZ #1044829
CLEMENTS UNIT
9601 Spur 591
Amarillo, Texas 79107